# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thomas E. Dzambo<br>　　　　　　　　　Debtor<br><br>Nationstar Mortgage LLC, its successors and/or assigns<br>　　　　　　　　　Moving Party<br>　　vs.<br><br>Thomas E. Dzambo<br>　　　　　　　　　Debtor<br><br>Ronda J. Winnecour<br>　　　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 15-23767 CMB<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　Kindly withdraw the Notice of Post Petition Expenses, Fees and Charges of Nationstar Mortgage LLC, which was filed with the Court on or about **September 30, 2016**.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　**/s/ Joshua I. Goldman, Esquire**
　　　　　　　　　　　　　　　　　　　　　Joshua I. Goldman, Esquire
　　　　　　　　　　　　　　　　　　　　　Attorney ID# 205047
　　　　　　　　　　　　　　　　　　　　　Attorneys for Movant/Applicant
　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　Main Number: (215) 627-1322

October 4, 2016