IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Thomas E. Dzambo, | ) | Case No. 15-23767-CMB |
| | ) | Chapter 13 |
| | ) | |
| *Debtor(s)* | ) | |
| | ) | |
| | ) | |
| Thomas E. Dzambo, | ) | Document No. WO-1 |
| Social Security No. XXX-XX- 3015 | ) | |
| | ) | |
| | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Greater Pittsburgh Community Food Bank | ) | |
| and Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| *Respondent(s)* | ) | |

### CONSENT FOR ORDER TO TERMINATE WAGE ATTACHMENT

Upon consent of all parties it is Ordered Adjudged and Decreed:

1. Debtor has water damage and needs to meet his insurance deductible of $1000.00.

2. The Chapter 13 Trustee's Ofice has agreed to the termination of his wage attachment allowing the Debtor to be able to meet his deductible to make repairs.

3. Debtor's counsel will file a new wage attachment by November 1, 2018.

4. Debtor will still continue to be liable for the payment and if delinquency occurs the new wage attachment will address any delinquency.

5. The wage attachment is terminated.

_____J

Jana Pail
Chapter 13 Attorney for the Trustee

/s/ Julie Frazee Steidl
Attorney for the Debtor
Pa, ID 35937
julie.steidl@steidl-steinberg.com

                                                 Respectfully submitted,

  October 17, 2015                          /s/ Kenneth Steidl
DATE                                               Kenneth Steidl, Esquire
                                                     Attorney for the Debtor

                                                     STEIDL & STEINBERG
                                                     2830 Gulf Tower
                                                     707 Grant Street
                                                     Pittsburgh, PA 15219
                                                     (412) 391-8000
                                                     ken.steidl@steidl-steinberg.com
                                                     PA I.D. No. 34965