IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Thomas E. Dzambo, ) | Case No. 15-23767-CMB |
| ) | Chapter 13 |
| ) | |
| *Debtor(s)* ) | |
| ) | |
| ) | |
| Thomas E. Dzambo, ) | Document No. WO-1 |
| Social Security No. XXX-XX- 3015 ) | |
| ) | |
| ) | |
| *Movant* ) | |
| ) | |
| *vs.* ) | |
| ) | |
| Greater Pittsburgh Community Food Bank ) | |
| and Ronda J. Winnecour, Trustee, ) | |
| ) | |
| *Respondent(s)* ) | |

### CONSENT FOR ORDER TO TERMINATE WAGE ATTACHMENT

Upon consent of all parties it is Ordered Adjudged and Decreed:

1. Debtor has water damage and needs to meet his insurance deductible of $1000.00.

2. The Chapter 13 Trustee's Ofice has agreed to the termination of his wage attachment allowing the Debtor to be able to meet his deductible to make repairs.

3. Debtor's counsel will file a new wage attachment by November 1, 2018.

4. Debtor will still continue to be liable for the payment and if delinquency occurs the new wage attachment will address any delinquency.

5. The wage attachment is terminated.

*Carlota M. Böhm* (signature)

Carlota M. Böhm, U.S. Bankruptcy Judge    kmt

Jana Pail
Chapter 13 Attorney for the Trustee

/s/ Julie Frazee Steidl
Attorney for the Debtor
Pa, ID 35937
julie.steidl@steidl-steinberg.com

                                          Respectfully submitted,

  October 17, 2015                         /s/ Kenneth Steidl
DATE                                      Kenneth Steidl, Esquire
                                          Attorney for the Debtor

                                          STEIDL & STEINBERG
                                          2830 Gulf Tower
                                          707 Grant Street
                                          Pittsburgh, PA  15219
                                          (412) 391-8000
                                          ken.steidl@steidl-steinberg.com
                                          PA I.D. No. 34965

                                                            FILED
                                                           9/7/18 3:33 pm
                                                           CLERK
                                                           U.S. BANKRUPTCY
                                                           COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-23767-CMB
Thomas E. Dzambo                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: kthe              Page 1 of 1             Date Rcvd: Sep 07, 2018
                            Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2018.
db             +Thomas E. Dzambo,    190 Arla Drive,    Pittsburgh, PA 15220-2632
               +Greater Pittsburgh Community Food Bank,    Attn: Payroll Department,    One North Linden Street,
                 Duquesne, PA 15110-1097

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC andygornall@latouflawfirm.com
              James   Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Julie Frazee Steidl    on behalf of Debtor Thomas E. Dzambo julie.steidl@steidl-steinberg.com,
               leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              Kenneth   Steidl    on behalf of Debtor Thomas E. Dzambo julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
               inberg.com;kmeyers@st
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8