IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              )
                                                    )
Thomas E. Dzambo,                                   )        Case No. 15-23767-CMB
                                                    )        Chapter 13
                                                    )
        *Debtor(s)*                                 )
                                                    )
                                                    )
Thomas E. Dzambo,                                   )        Document No. WO-1
Social Security No. XXX-XX- 3015                     )
                                                    )
                                                    )
        *Movant*                                    )
                                                    )
        *vs.*                                       )
                                                    )
Greater Pittsburgh Community Food Bank              )
and Ronda J. Winnecour, Trustee,                    )
                                                    )
        *Respondent(s)*                             )

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on November 13, 2018, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Greater Pittsburgh Community Food Bank
Attn: Payroll Department
One North Linden Street
Duquesne, PA 15110

Date of Service:                    /s/ Kenneth Steidl
November 13, 2018                   Kenneth Steidl, Esquire
                                    STEIDL & STEINBERG
                                    28th Floor, Gulf Tower
                                    707 Grant Street
                                    Pittsburgh, PA 15219
                                    (412) 391-8000
                                    ken.steidl@steidl-steinberg.com