**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Thomas E. Dzambo** | **BK NO. 15-23767 CMB** |
| **Debtor(s)** | |
| | **Chapter 13** |
| **NATIONSTAR MORTGAGE LLC** | |
| **D/B/A MR. COOPER** | **Related to Claim No. 5** |
| **Movant** | |
| **vs.** | |
| **Thomas E. Dzambo** | |
| **Debtor(s)** | |
| **Ronda J. Winnecour,** | |
| **Trustee** | |

**CERTIFICATE OF SERVICE OF**
**NOTICE OF MORTGAGE PAYMENT CHANGE**

I, James C. Warmbrodt, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on July 29, 2020, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Thomas E. Dzambo
190 Arla Drive
Pittsburgh, PA 15220

Attorney for Debtor(s)
Kenneth Steidl, 707 Grant Street
Pittsburgh, PA 15219

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: July 29, 2020

**/s/James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
Attorney I.D. No. 42524
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
jwarmbrodt@kmllawgroup.com