IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Thomas E. Dzambo, | ) | Case No. 15-23767 CMB |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| Ronda J. Winnecour, Trustee, | ) | Related to Docket No. 52 |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Thomas E. Dzambo, | ) | |
| *Respondent* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on October 6, 2020, a true and correct copy of the *Order to Stop Payroll Deductions* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Thomas E. Dzambo
190 Arla Drive
Pittsburgh, PA 15220

Greater Pittsburgh Community Food Bank
Attn Payroll Department
One North Linden St.
Duquesne, PA 15110

**Served by ECF: Ronda J. Winnecour, Trustee**


Date of Service:	October 6, 2020	/s/ Kenneth Steidl	
				Kenneth Steidl, Esquire
				STEIDL & STEINBERG
				28th Floor, Gulf Tower
				707 Grant Street
				Pittsburgh, PA 15219
				(412) 391-8000
				PA I.D. 34965