# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

  THOMAS E. DZAMBO | Case No.15-23767CMB

          Debtor(s)

Ronda J. Winnecour, Trustee

  Movant | Chapter 13

      vs.

THOMAS E. DZAMBO

Related to:  Document No. 50

      Respondents

---

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___5th___ day of __October__ , 20_20_ it is hereby ORDERED, ADJUDGED, and DECREED that,

          Greater Pittsburgh Community Food Bank
              Attn Payroll Department
                One North Linden St
                Duquesne,PA 15110

is hereby ordered to immediately terminate the attachment of the wages of THOMAS E. DZAMBO, social security number XXX-XX-3015.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of THOMAS E. DZAMBO.

XXXXXXXXXXXXXXXXXXXXX

BY THE COURT:

Carlota M. Böhm          glb
Chief United States Bankruptcy Judge

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

FILED
10/5/20 11:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 15-23767-CMB

Thomas E. Dzambo                                                                    Chapter 13

      Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2                              User: gamr                                            Page 1 of 2

Date Rcvd: Oct 05, 2020                       Form ID: pdf900                                 Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas E. Dzambo, 190 Arla Drive, Pittsburgh, PA 15220-2632 |
| | + | Greater Pittsburgh Community Food Bank, Attn: Payroll Department, One North Linden St, Duquesne, PA 15110-1097 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2020                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor Nationstar Mortgage LLC andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor Nationstar Mortgage LLC jgoldman@kmllawgroup.com  kevin.shatley@padgettlawgroup.com |
| Julie Frazee Steidl | on behalf of Debtor Thomas E. Dzambo julie.steidl@steidl-steinberg.com leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor Thomas E. Dzambo julie.steidl@steidl-steinberg.com |

District/off: 0315-2 | User: gamr | Page 2 of 2
Date Rcvd: Oct 05, 2020 | Form ID: pdf900 | Total Noticed: 2

ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 8